RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 3042
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Christina E. Tripp

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINA E. TRIPP,<br><br>　　　　Defendant. | Case No. 3:15-MJ-00122-WGC<br><br>**UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISSS COUNSEL #36** |

　　　　COMES NOW, Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, attorney of record for Defendant, Christina E. Tripp, and files this Motion to Withdraw Motion to Dismiss Counsel #CR36 based upon the following memorandum, all the pleadings and papers currently on file in the case, as well as any further representations of counsel of client as the Court may request of the parties.

　　　　DATED this 8th day of January, 2016.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　By:　*/s/ Raquel Lazo*
　　　　　　　　　　　　　　　　　　　RAQUEL LAZO
　　　　　　　　　　　　　　　　　　　ASSISTANT FEDERAL DEFENDER

On December 29, 2015, Ms. Tripp filed a pro se Motion to Dismiss Counsel (#36). In her motion she seeks to have Mr. Carrico withdrawn from the case. She requests that undersigned counsel be appointed. Ms. Tripp's case has since been reassigned within the office to undersigned counsel.

On January 8, 2016, undersigned counsel spoke with Ms. Tripp. She is satisfied with this resolution. Accordingly, on behalf of Ms. Tripp, undersigned counsel asks this court to withdraw her previously filed motion (#36). The government has no opposition.

DATED this 8th day of January, 2016.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

By: */s/ Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender

DATED: January 11, 2016

IT IS SO ORDERED:

_____
U.S. MAGISTRATE JUDGE

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 8, 2016, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS COUNSEL** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney

Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

*/s/ Bernadette Almeida*
Employee of the Federal Public Defender