RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Christina Tripp

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINA TRIPP,<br><br>　　　　　Defendant. | Case No. 2:16-cr-099-APG-NJK<br><br>**STIPULATION FOR NUNC PRO TUNC AMENDMENT OF JUDGMENT REGARDING DESIGNATION RECOMMENDATION**<br>(First Request) |

**ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Christina Tripp, that the judgment be amended regarding designation recommendation.

This Stipulation is entered into for the following reasons:

1. On July 6, Ms. Tripp was sentenced to 30 months in custody. *See* Judgment (CR#59).

2. Ms. Tripp seeks to amend the Judgment with respect to the Court's recommendation regarding where she serve her custodial sentence. Ms. Tripp previously

requested FCI Phoenix or in the alternative, FCI Victorville. She now requests that she be permitted to serve her incarceration at FCI Dublin or in the alternative, FCI Phoenix. This recommendation will permit her to get the programming that she desires. It is also geographically closer to where she plans on releasing.

3. Ms. Tripp requests that this order shall be effective *nunc pro tunc* to July 6, 2016.

4. The parties agree to the amendment of judgment regarding designation recommendation.

DATED this 2nd day of August, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Cristina D. Silva*<br>By_____<br>CRISTINA D. SILVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>CHRISTINA TRIPP,<br><br>      Defendant. | Case No. 2:16-cr-099-APG-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the judgment regarding designation recommendation to FCI Dublin or the alternative of FCI Phoenix be GRANTED.

    DATED this __3rd__ day of August, 2016.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE